# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Shon Turner, as Personal Representative of the Estate of Charles Mikell, deceased, Respondent,

v.

Medical University of South Carolina, Petitioner.

Appellate Case No. 2020-001231

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Charleston County
J. C. Nicholson Jr., Circuit Court Judge

---

Opinion No. 28077
Heard December 8, 2021 – Filed December 15, 2021

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

M. Dawes Cooke Jr. and John W. Fletcher, of Barnwell Whaley Patterson & Helms, LLC, of Charleston, for Petitioner.

Robert B. Ransom, of Leventis & Ransom, of Columbia; and Alex N. Apostolou, of North Charleston, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Turner v. Medical Univ. of S.C.*, 430 S.C. 569, 846 S.E.2d 1 (Ct. App. 2020).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**